# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GUTIERREZ,<br><br>      Petitioner,<br><br>      v.<br><br>LELAND MCEWEN, Warden,<br><br>      Respondent. | Case No. CV 11-1544 R (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: July 1, 2011.

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE